DAVIDE PAIS
1520 Carmona Avenue
Los Angeles, CA 90019
Telephone: (310) 864-3855

*Plaintiff In Pro Se*

FILED
CLERK U.S. DISTRICT COURT

MAY 2 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORIA – LOS ANGELES

DAVIDE PAIS

            Plaintiff,

vs.

NATIONSTAR MORTGAGE LLC c/o
NBS DEFAULT SERVICES, LLC;
and DOES 1-10, inclusive,

        Defendants.

CASE NO.
**CV15-03899** JFW (AJW)

**COMPLAINT FOR VIOLATION OF FAIR
DEBT COLLECTION PRACTICES ACT
AND FEDERAL TRADE COMMISSION
ACT INJUNCTIVE RELIEF RULE 65**

**DEMAND FOR A JURY TRIAL**

PAID

MAY 2 2 2015

Clerk, US District Court
COURT 4612

I

COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL TRADE
COMMISSION ACT INJUNCTIVE RELIEF RULE 65

COME NOW, DAVIDE PAIS (hereinafter "Plaintiff"), a natural person acting upon notification as a consumer into the jurisdiction of the United States District Court brings this Complaint against NATIONSTAR MORTGAGE LLC c/o NBS DEFAULT SERVICES, LLC (hereinafter "Defendant"), for violations of the Fair Debt Collection Practice Act Title 15 U.S.C § 1692 *et seq.* and the Federal Trade Commission Violations Title 15 U.S.C CODE § 69(a) Complaint alleges as follows:

## JURISDICTION

1.      This is an action arising under §§ 5(a), 5(m)(1)(A), 13(b), and 16(a) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 45(a), 45(m)(1)(A), 53(b), and 56(a), and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, to obtain monetary civil penalties, a permanent injunction, restitution, disgorgement, and other equitable relief for Defendants' violations of the FDCPA and Section 5 of the FTC Act.

2.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 1331, 1337(a), 1345, and 1355, and under 15 U.S.C. §§ 45(m)(1)(A), 53(b), 57b, and 1692.  This action arises under 15 U.S.C. § 45(a)(1) and 15 U.S.C. § 1692.

3.      Venue is proper in the United States District Court for the Central District of California under 28 U.S.C. §§ 1391(b-c) and 1395(a) and 15 U.S.C. § 53(b) ("Federal Constitution").

## COMMERCE

4.      At all times material to this Complaint, Defendants have maintained a substantial course of trade in the collection of debts, in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

## DEFENDANTS

5.      Defendant Nationstar Mortgage LLC c/o NBS Default Services, LLC (hereinafter "Nationstar Mortgage LLC c/o NBS Default Services, LLC" or "Company"), is unknown to Plaintiff, apparently California LLC, with its principal place of business appearing to be located at 301 E. Ocean Blvd., Suite 1720, Long

1   Beach, CA 90802.  Defendant Nationstar Mortgage LLC c/o NBS Default Services,

2   LLC collection office is located within the District of California at 301 E. Ocean

3   Blvd., Suite 1720, Long Beach, CA 90802.  At all times relevant to this Complaint,

4   Defendant Nationstar Mortgage LLC c/o NBS Default Services, LLC has transacted

5   business in the District of California.

6   ## DEFENDANTS' BUSINESS PRACTICES

7       6.    From its office in Long Beach CA, Nationstar Mortgage LLC c/o NBS

8   Default Services, LLC has engaged in consumer debt collection activities in all 50

9   states.  Nationstar Mortgage LLC c/o NBS Default Services, LLC has collected on

10  over 1,000,000 consumer debt accounts a year.

11      7.    On numerous occasions, Nationstar Mortgage LLC c/o NBS Default

12  Services, LLC threatened or implied that Nationstar Mortgage LLC c/o NBS Default

13  Services, LLC would garnish consumers' wages, seize or attach consumers'

14  property, or initiate lawsuits against them if they failed to pay Nationstar Mortgage

15  LLC c/o NBS Default Services, LLC.  Nationstar Mortgage LLC c/o NBS Default

16  Services, LLC also made additional threats, including that criminal actions would be

17  taken against consumers or that consumers would be arrested.

18      8.    In truth and in fact, on numerous occasions, when Nationstar Mortgage

19  LLC c/o NBS Default Services, LLC made the threats contained in Paragraph 7

20  above, Nationstar Mortgage LLC c/o NBS Default Services, LLC had no legal

21  authority or intent to garnish consumers' wages, seize or attach consumers' property,

22  initiate lawsuits against consumers if they failed to pay Nationstar Mortgage LLC

23  c/o NBS Default Services, LLC, or have consumers prosecuted or arrested.

24      9.    On numerous occasions, Nationstar Mortgage LLC c/o NBS Default

25  Services, LLC withdrew amounts from consumers' bank accounts without obtaining

26  the consumers' prior authorization or consent for such withdrawals.  Nationstar

27  Mortgage LLC c/o NBS Default Services, LLC also deposited or threatened to

28  deposit postdated checks prior to the date on such checks.

2

COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL TRADE
COMMISSION ACT INJUNCTIVE RELIEF RULE 65

10.     On numerous occasions, Nationstar Mortgage LLC c/o NBS Default Services, LLC called consumers at their place of employment even though the collectors knew or had reason to know that the consumer's employer prohibited the consumer from receiving such communications.  Nationstar Mortgage LLC c/o NBS Default Services, LLC also, on numerous occasions, disclosed the existence of debts to third parties, such as the consumers' parents, children, employers, co-workers, and neighbors.  Nationstar Mortgage LLC c/o NBS Default Services, LLC also continued to contact third parties, even after third parties told them not to call.

11.     Nationstar Mortgage LLC c/o NBS Default Services, LLC also called consumers at times and places they knew were inconvenient for consumers to receive calls.

12.     On numerous occasions, Nationstar Mortgage LLC c/o NBS Default Services, LLC used harassing and abusive tactics.  Nationstar Mortgage LLC c/o NBS Default Services, LLC threatened consumers with violence.  Nationstar Mortgage LLC c/o NBS Default Services, LLC also called consumers multiple times a day, including calling consumers right back after being hung up on by the consumers.  In addition, numerous Nationstar Mortgage LLC c/o NBS Default Services, LLC used abusive language, including profanity when speaking with consumers.

13.     On numerous occasions, Nationstar Mortgage LLC c/o NBS Default Services, LLC failed to state in the initial communication with the consumer and in subsequent communications that they were attempting to collect a debt and that any information would be used for that purpose.  Nationstar Mortgage LLC c/o NBS Default Services, LLC's collection practices have generated over a thousand complaints filed with the Federal Trade Commission, the Nevada and Pennsylvania Better Business Bureaus, various state attorneys general, and the Company itself.  Many of these complaints have alleged significant FTC Act and/or FDCPA violations.

14. Nationstar Mortgage LLC c/o NBS Default Services, LLC's response to the consumer complaints it receives has been cavalier at best. Nationstar Mortgage LLC c/o NBS Default Services, LLC has frequently dismissed without sufficient investigation complaints alleging egregious violations of the FTC Act and/or the FDCPA that were forwarded to Nationstar Mortgage LLC c/o NBS Default Services, LLC by state attorneys general and Better Business Bureaus. Even in the face of substantial evidence that violations occurred, the Defendants frequently allowed the collectors involved to go unpunished or merely to receive a warning.

15. Nationstar Mortgage LLC c/o NBS Default Services, LLC's internal compliance program sometimes caught collectors violating the FTC Act and/or the FDCPA. However, the Defendants allowed employees with multiple egregious violations to go frequently without serious punishment.

16. Even when Nationstar Mortgage LLC c/o NBS Default Services, LLC terminated collectors for FDCPA violations, the Defendants allowed these collectors to return to Nationstar Mortgage LLC c/o NBS Default Services, LLC within a few weeks or months of their termination.

17. On numerous occasions, Nationstar Mortgage LLC c/o NBS Default Services, LLC's front-line supervisors and senior managers, participated in the actions described in Paragraphs 1 through 16, above. These supervisors or managers encouraged collectors to participate in such violations. On other occasions, Nationstar Mortgage LLC c/o NBS Default Services, LLC managers, including the individual Defendants, were aware of such practices by collectors under their supervision, but failed to discipline the collectors sufficiently.

18. The individual Defendants also either ignored the Company's violative acts and practices, or they failed to exercise the supervision necessary to make themselves aware of the significant problems occurring within their organization.

///

///

4

## STATEMENT OF FACTS

19.    Affiant Davide Pais  swears under penalty of perjury that he has never had full disclosure of any valid contract from CITIBANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 After 90 days or Before 90 days, pretending to be a lender, NBS DEFAULT SERVICES, LLC None Bank Trustee and NATION STAR another Non-Bank Trustee and NBS DEFAULT SERVICES, LLC who does not own the note and has never reported to the IRS on the required forms to validate that Bank did not comply" with Title 28 USC Section 1653 states that "Defective allegations of jurisdiction may be amended, upon terms, in the trial/appellate court. There was no Mortgage Loan Disclosure Statement/Good Faith Estimate and 41 U.S. Code § 7101 - Definitions (9) Misrepresentation of fact.— The term "misrepresentation of fact" means a false statement of substantive fact, or conduct that leads to a belief of a substantive fact material to proper understanding of the matter in hand, made with intent to deceive or mislead.

20.    Title 41 U.S. Code § 7101 (2) Defective certification.  On a claim for which the certification under section 7103 (b)(1) of this title is found to be defective, any interest due under this section shall be paid for the period beginning with the date the contracting officer initially receives the contractor's claim until the date of payment of the claim. False documents recorded in the Sacramento County Recorder's Office, each act is a felony.  Fraudulent Corporate Assignments 12/12/05 Doc. #053041671, 12/29/14 & Notice of Default recorded on 01/18/15 Doc. #20150022704.  Mail Fraud and Swindles (a Felony) under USC § 1341.  The people listed above used the United States Postal Service to Mail False, Forged, and Fraudulent documents to: the Los Angeles County Recorder's Office affiant personal residence to scare me into leaving my home the State to commence the non-judicial foreclosure proceeding Fraudulently altering documents: The above

5

1  listed people knowingly, willfully and intelligently altered signed and sold

2  documents between the parties for the express purpose of profiting and using

3  deceptive and unfair business practices to swindle us out of my real property.

4      21.    This whole transaction has become a bait and switch because on August

5  29, 2005, the Deed of Trust was recorded as Document #052137215. By the original

6  Lender First Franklin a Division of National City of Indiana.

7      22.    The Corporate Assignment of Deed of Trust was recorded 12/12/05

8  Doc. # 05 3041671 as requested by First Franklin Financial Corporation See Exhibit

9  A.

10     23.    The Corporate Assignment of Deed of Trust was recorded 11/13/14

11  Doc. #20141209756 as requested by RCS Recovery Services, LLC See Exhibit B.

12     24.    The Corporate Assignment of Deed of Trust was recorded 12/29/14

13  Doc. #20141413056 as requested by CITIBANK, N.A. AS TRUSTEE FOR THE

14  HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST,

15  MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12

16  After 90 days or Before 90 days See Exhibit B.  Notice of Default and Election to

17  Sell under Deed of Trust was recorded on 01/08/2015 as Document #20150022704

18  by LPS DEFAULT TITLE & CLOSING.

19             **VIOLATIONS OF SECTION 5 OF THE FTC ACT**

20     25.    Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or

21  deceptive acts or practices in or affecting commerce." Misrepresentations of

22  material fact constitute deceptive acts or practices prohibited by the FTC Act.

23  **COUNT I**

24     26.    On numerous occasions, in connection with the collection of debts,

25  Defendants, directly or indirectly, represented to consumers, expressly or by

26  implication, that nonpayment of a debt would result in garnishment of a consumer's

27  wages:

28

COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL TRADE
COMMISSION ACT INJUNCTIVE RELIEF RULE 65

a)      Nonpayment of a debt would result in a consumer's property being seized or sale attached or result in a consumer's arrest;

b)      The individuals who acted as agents or otherwise on behalf of the Defendants and who contacted consumers were attorneys, or that a communication from the Defendants, their agents, or others who acted on their behalf was from an attorney; and

c)      Nationstar Mortgage LLC c/o NBS Default Services, LLC or the creditor it represented intended to take legal action against a consumer.

27.    In truth and in fact, on numerous such occasions:

a)      Nonpayment of a debt did not result in garnishment of a consumer's wages;

b)      Nonpayment of a debt did not result in a consumer's property being seized or attached or result in a consumer's arrest;

c)      The individuals who acted as agents or otherwise on behalf of the Defendants and who contacted consumers were not attorneys, and communications from Defendants, their agents, or others who acted on their behalf were not from attorneys; and

d)      Nationstar Mortgage LLC c/o NBS Default Services, LLC or the creditor it represents did not intend to take legal action against a consumer.

28.    Therefore, the representations set forth in Paragraph 25 were and are false or misleading and constitute deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

**COUNT II**

29.    On numerous occasions, in connection with the collection of debts, Defendants withdrew amounts from consumers' bank accounts without obtaining the consumers' express informed consent for such withdrawals.

30.    Defendants' practice of withdrawing funds from consumers' bank accounts without obtaining the consumers' express informed consent caused or was

1  likely to have caused substantial injury to consumers that was not outweighed by
2  countervailing benefits to consumers or competition, and that was not reasonably
3  avoidable by consumers.

4       31.    Therefore, Defendants' practice as alleged in Paragraph 28 was unfair
5  and in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

6  **VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

7       32.    In 1977, Congress passed the FDCPA, 15 U.S.C. §1692 *et seq.*, which
8  became effective on March 20, 1978, and has been in force since that date.  Section
9  814 of the FDCPA, 15 U.S.C. § 1692, specifically empowers the Commission to
10  enforce the FDCPA.  Under its provisions, for purpose of the exercise by the
11  Commission of its functions and powers under the FTC Act, a violation of the
12  FDCPA is deemed an unfair or deceptive act or practice in violation of the FTC Act.
13  Further, the Commission is authorized to use all of its functions and powers under
14  the FTC Act to enforce compliance with the FDCPA by any person, irrespective of
15  whether that person is engaged in commerce or meets any other jurisdictional tests
16  set by the FTC Act.  The authority of the Commission in this regard includes the
17  power to enforce the provisions of the FDCPA in the same manner as if the
18  violations of the FDCPA were violations of a Federal Trade Commission trade
19  regulation rule.

20       33.    The term "consumer," as used in this Complaint, means any natural
21  person obligated or allegedly obligated to pay any debt, as "debt" is defined in
22  Section 803(5) of the FDCPA, 15 U.S.C. § 1692a(5).  On numerous occasions, in
23  connection with the collection of debts, Defendants, directly or indirectly, when
24  communicating with persons other than the consumer for the alleged purpose of
25  acquiring location information about the consumer, violated Section 804 of the
26  FDCPA, 15 U.S.C. § 1692b, including, but not limited to, the following:

27       a)    Stated that the consumer owed a debt, in violation of Section 804(2) of
28  the FDCPA, 15 U.S.C. § 1692b(2); and

b)      Communicated with third parties more than once, when not requested to do so by such person and when the Defendants had no reasonable belief that the earlier response of such person was erroneous or incomplete and that the person had correct or complete location information to provide, in violation of Section 804(3) of the FDCPA, 15 U.S.C. § 1692b(3).

**COUNT VI**

34.      On numerous occasions, in connection with the collection of debts, Defendants, directly or indirectly, used false, deceptive, or misleading representations or means, in violation of Section 807 of the FDCPA, 15 U.S.C. § 1692e, including, but not limited to, the following:

a)      Defendants, directly or indirectly, falsely represented or implied to consumers that individuals who acted as agents or otherwise on behalf of the Defendants were attorneys or that any communication from the Defendants, their agents, or anyone who acted on their behalf was from an attorney, in violation of Section 807(3) of the FDCPA, 15 U.S.C. § 1692e(3); Defendants, directly or indirectly, falsely represented or implied that nonpayment of a debt would result in the arrest or imprisonment of a person or the seizure, garnishment, or attachment of a person's property or wages, when such action was not lawful or when neither Nationstar Mortgage LLC c/o NBS Default Services, LLC nor the creditor had the intention of taking such action, in violation of Section 807(4) of the FDCPA, 15 U.S.C. § 1692e(4); Defendants, directly or indirectly, threatened to take actions that could not legally be taken or that were not intended to be taken, in violation of Section 807(5) of the FDCPA, 15 U.S.C. § 1692e(5);

b)      Defendants, directly or indirectly, used false representations or deceptive means to collect or attempt to collect debts or to obtain information concerning a consumer, in violation of Section 807(10) of the FDCPA, 15 U.S.C. § 1692e(10); and

c)     Defendants, directly or indirectly, failed to disclose in the initial oral communication with the consumer that the debt collector was attempting to collect a debt and that any information would be used for that purpose, and failed to disclose in subsequent communications that the communication was from a debt collector (when such communications were not formal pleadings made in connection with a legal action), in violation of Section 807(11) of the FDCPA, 15 U.S.C. § 1692e(11).

### INJUNCTION FOR VIOLATIONS OF THE FTC ACT AND THE FDCPA

35.    Under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), this Court is authorized to issue a permanent injunction to ensure that Defendants will not continue to violate the FTC Act and the FDCPA.

### EQUITABLE RELIEF FOR VIOLATIONS OF THE FTC ACT AND THE FDCPA

36.    Under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), this Court is authorized to issue all equitable and ancillary relief as it may deem appropriate in the enforcement of the FTC Act and the FDCPA, including the ability to order rescission or reformation of contracts, restitution, the refund of monies paid, and disgorgement to deprive a wrongdoer of ill-gotten gain.

### CIVIL PENALTIES FOR VIOLATIONS OF THE FDCPA

37.    Defendants Nationstar Mortgage LLC c/o NBS Default Services, LLC, violated the FDCPA as described above, with actual knowledge or knowledge fairly implied on the basis of objective circumstances, as set forth in Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A).

38.    Each instance within five years preceding the filing of this Complaint, in which Defendants failed to comply with the FDCPA in one or more of the ways described above, constitutes a separate violation for which Plaintiff seeks monetary civil penalties. Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A), as modified by Section 4 of the Federal Civil Penalties Inflation Adjustment Act of 1990, 28 U.S.C. § 2461, as amended, and as implemented by 16 C.F.R. § 1.98(d)

10

(2007), authorizes the Court to award monetary civil penalties of not more than $11,000 for each violation of the FDCPA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Davide Pais, pursuant to 15 U.S.C. §§ 45(m)(1)(A), 53(b), 16921, and the Court's own equitable powers, requests that the Court:

1. Enter judgment against Defendants and in favor of Plaintiff for each law violation alleged in this Complaint; enter a permanent injunction to prevent future violations of the FTC Act and the FDCPA by Defendants; award such relief as the Court finds necessary to redress injury to consumers resulting from Defendants' violations of the FTC Act and the FDCPA, including but not limited to, rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies; award Plaintiff monetary civil penalties for each violation of the FDCPA occurring within five (5) years preceding the filing of this Complaint; and

2. Award Plaintiff the costs of bringing this action, as well as such other and additional relief as the Court may determine to be just and proper.

WHEREFORE, the undersigned Petitioner Davide Pais, now pray for retaining this removal of the instant state court matter under the jurisdiction of this United States District Court, also at a minimum for appropriate declaratory and injunctive relief, and/or to further decide supplementary matters, and for all other relief just and proper in the premises.

Respectfully Submitted,

DATED: May 21, 2015

By: _____
Davide Pais
*Plaintiff In Pro Se*

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing **COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL TRADE COMMISSION ACT INJUNCTIVE RELIEF RULE 65** and know of its contents.

☒ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to the matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am |__|an Officer |__| a Partner |__|         of        , a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.  ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.  ☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for         , a party to this action. Such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May ____, 2015, Los Angeles, California.


_____
DAVIDE PAIS
*Plaintiff In Pro Se*

12

# DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a jury for all claims for which a jury is permitted.

DATED: May 22, 2015        By: _____

DAVIDE PAIS
*Plaintiff In Pro Se*

COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL TRADE COMMISSION ACT INJUNCTIVE RELIEF RULE 65

This document is being presented to this government agency pursuant to 18 U.S.C. § 4

# EXHIBIT A
# ASSIGNTMENT

 *California*
LEGISLATIVE INFORMATION

Code: COM    Section: 9312.    Search 

COMMERCIAL CODE - COM
   DIVISION 9. SECURED TRANSACTIONS [9101 - 9907]  *( Division 9 repealed and added by Stats. 1999, Ch. 991, Sec. 35. )*

CHAPTER 3. Perfection and Priority [9301 - 9342]  *( Chapter 3 added by Stats. 1999, Ch. 991, Sec. 35. )*

9312. (a) A security interest in chattel paper, negotiable documents, instruments, or investment property may be perfected by filing.

(b) Except as otherwise provided in subdivisions (c) and (d) of Section 9315 for proceeds, all of the following apply:

(1) A security interest in a deposit account may be perfected only by control under Section 9314.

(2) Except as otherwise provided in subdivision (d) of Section 9308, a security interest in a letter-of-credit right may be perfected only by control under Section 9314.

(3) A security interest in money may be perfected only by the secured party's taking possession under Section 9313.

(4) A security interest in, or claim in or under, any policy of insurance, including unearned premiums, may be perfected only by giving written notice of the security interest or claim to the insurer. This paragraph does not apply to a health care insurance receivable. A security interest in a health care insurance receivable may be perfected only as otherwise provided in this division.

(c) While goods are in the possession of a bailee that has issued a negotiable document covering the goods, both of the following apply:

(1) A security interest in the goods may be perfected by perfecting a security interest in the document.

(2) A security interest perfected in the document has priority over any security interest that becomes perfected in the goods by another method during that time.

(d) While goods are in the possession of a bailee that has issued a nonnegotiable document covering the goods, a security interest in the goods may be perfected by any of the following methods:

(1) Issuance of a document in the name of the secured party.

(2) The bailee's receipt of notification of the secured party's interest.

(3) Filing as to the goods.

(e) A security interest in certificated securities, negotiable documents, or instruments is perfected without filing or the taking of possession or control for a period of 20 days from the time it attaches to the extent that it arises for new value given under an authenticated security agreement.

(f) A perfected security interest in a negotiable document or goods in possession of a bailee, other than one that has issued a negotiable document for the goods, remains perfected for 20 days without filing if the secured party makes available to the debtor the goods or documents representing the goods for the purpose of either of the following:

(1) Ultimate sale or exchange.

(2) Loading, unloading, storing, shipping, transshipping, manufacturing, processing, or otherwise dealing with them in a manner preliminary to their sale or exchange.

(g) A perfected security interest in a certificated security or instrument remains perfected for 20 days without filing if the secured party delivers the security certificate or instrument to the debtor for the purpose of either of the following:

(1) Ultimate sale or exchange.

(2) Presentation, collection, enforcement, renewal, or registration of transfer.

(h) After the 20-day period specified in subdivision (e), (f), or (g) expires, perfection depends upon compliance with this division.

*(Amended by Stats. 2006, Ch. 254, Sec. 58. Effective January 1, 2007.)*

· This document is being presented to this government agency pursuant to 18 U.S.C. § 4

# EXHIBIT B

15 U.S.C. § 1692(g) (Validation of Debts), states that under (a) Notice of Debts; Contents (3) that a statement mailed to the consumer will be considered by the Court to be valid unless the consumer disputes the validity of that debt within 30 days.

| | | |
|---|---|---|
| | | **a - FDCPA Basic Definitions** |
| § 1692 | a(3) | Definition of a Consumer as any natural person obligated on or allegedly obligated on a debt |
| § 1692 | a(5) | Definition of a Debt as an obligation for money, goods, insurance, or services for primarily personal, family, or household purposes |
| § 1692 | a(6) | Definition of a Debt Collector as collectors, collection agencies, lawyers, forms writers |
| | | **b – Contacting Third Parties** |
| § 1692 | b(1) | Contact of Third Party: Failed to identify themselves, or failed to state that collector is confirming or correcting location information |
| § 1692 | b(2) | Contact of Third Party: Stated that the consumer owes debt |
| § 1692 | b(3) | Contact of Third Party: Contacted a person more than once, unless requested to do so |
| § 1692 | b(4) | Contact of Third Party: Utilized postcards |
| § 1692 | b(5) | Contact of Third Party: Any language or symbol on any envelope or communication indicating debt collection business |
| § 1692 | b(6) | Contact of Third Party: After knowing the consumer is represented by an attorney |
| | | **c – Prohibited Communications Practices** |
| § 1692 | c(a)(1) | At any unusual time, unusual place, or unusual time or place known to be inconvenient to the consumer, before 8:00 am or after 9:00 pm |
| § 1692 | c(a)(2) | After it knows the consumer to be represented by an attorney unless attorney consents or is unresponsive |
| § 1692 | c(a)(3) | At place of employment when knows that the employer prohibits such communications |
| § 1692 | c(b) | With anyone except consumer, consumer's attorney, or credit bureau concerning the debt |
| § 1692 | c(c) | After written notification that consumer refuses to pay debt, or that consumer wants collector to cease communication |
| | | **d - Harassment or Abuse** |
| § 1692 | d | Any conduct the natural consequence of which is to harass, oppress, or abuse any person |
| § 1692 | d(1) | Used or threatened the use of violence or other criminal means to harm the consumer or his/her property? |
| § 1692 | d(2) | Profane language or other abusive language? |
| § 1692 | d(3) | Published a list of consumers who allegedly refuse to pay debts? |
| § 1692 | d(4) | Advertised for sale any debts? |
| § 1692 | d(5) | Caused the phone to ring or engaged any person in telephone conversations repeatedly |
| § 1692 | d(6) | Placed telephone calls without disclosing his/her identity? |
| | | **e - False or Misleading Representations in Communications** |
| § 1692 | e | Any other false, deceptive, or misleading representation or means in connection with the debt collection |
| § 1692 | e(1) | Affiliated with the United States or any state, including the use of any badge, uniform or facsimile |
| § 1692 | e(2) | Character, amount, or legal status of the alleged debt |
| § 1692 | e(3) | Any individual is an attorney or that any communication is from an attorney |
| § 1692 | e(4) | Nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment |
| § 1692 | e(5) | Threaten to take any action that cannot legally be taken or that is not intended to be taken |
| § 1692 | e(6) | Sale or transfer of any interest in the debt will cause the consumer to lose any claim or defense to payment of the debt |
| § 1692 | e(7) | Consumer committed any crime or other conduct in order to disgrace the consumer |
| § 1692 | e(8) | Threatens or communicates false credit information, including the failure to communicate that a debt is disputed |
| § 1692 | e(9) | Represent documents as authorized, issued or approved by any court, official, or agency of the United States or state. |
| § 1692 | e(10) | Any false representation or deceptive means to collect a debt or obtain information about a consumer |
| § 1692 | e(11) | Communication fail to contain the mini-Miranda warning: "This is an attempt to collect a debt... communication is from a debt collector." |
| § 1692 | e(12) | Debt has been turned over to innocent purchasers for value |
| § 1692 | e(13) | Documents are legal process when they are not |
| § 1692 | e(14) | Any name other than the true name of the debt collector's business |
| § 1692 | e(15) | Documents are not legal process forms or do not require action by the consumer |
| § 1692 | e(16) | Debt collector operates or is employed by a consumer reporting agency |
| | | **f - Unfair Practices** |
| § 1692 | f | Any unfair or unconscionable means to collect or attempt to collect the alleged debt |
| § 1692 | f(1) | Attempt to collect any amount not authorized by the agreement creating the debt or permitted by law |
| § 1692 | f(2) | Accepted or solicit postdated check by more than 5 days without 3 business days written notice of intent to deposit |
| § 1692 | f(3) | Accepted or solicited postdated check for purpose of threatening criminal prosecution |
| § 1692 | f(4) | Depositing or threatening to deposit a post-dated check prior to actual date on the check |
| § 1692 | f(5) | Caused any charges to be made to the consumer, e.g., collect telephone calls |
| § 1692 | f(6) | Taken or threatened to unlawfully repossess or disable the consumer's property |
| § 1692 | f(7) | Communicated with the consumer by postcard |
| § 1692 | f(8) | Any language or symbol on the envelope that indicates the communication concerns debt collection |
| | | **h – Multiple Debts** |
| § 1692 | h | Collector must apply payments on multiple debts in order specified by consumer and cannot apply payments to disputed debts |
| | | **g – 30 Day Validation Notice** |
| § 1692 | g | Failure to send the consumer a 30-day validation notice within five days of the initial communication |
| § 1692 | g(a)(1) | Must state Amount of Debt |
| § 1692 | g(a)(2) | Must state Name of Creditor to Whom Debt Owed |
| § 1692 | g(a)(3) | Must state Right to Dispute within 30 Days |
| § 1692 | g(a)(4) | Must state Right to Have Verification/Judgment Mailed to Consumer |
| § 1692 | g(a)(5) | Must state Will Provide Name and Address of original Creditor if Different from Current Creditor |
| § 1692 | g(b) | Collector must cease collection efforts until debt is validated |
| | | **i – Legal Actions** |
| § 1692 | i(a)(2) | Brought any legal action in a location other than where contract signed or where consumer resides |
| | | **j – Deceptive Forms by Creditor** |
| § 1692 | j | Forms have been designed, compiled and/or furnished to create the false belief that a person other than creditor is collecting. |

This document is being presented to this government agency pursuant to 18 U.S.C. § 4

# EXHIBIT C
# Form 1, FIRPTA NON-FOREIGN STATUS CERTIFICATION INDIVIDUAL TRANSFEROR/SELLER

Form 1

## FIRPTA NON-FOREIGN STATUS CERTIFICATION
## INDIVIDUAL TRANSFEROR/SELLER

Escrow No.: _____

Escrow Officer: _____

Section 1445 of the Internal Revenue Code provides that a transferee (buyer) of a U.S. real property interest must withhold tax if the transferor (seller) is a foreign person. To inform the transferee that withholding of tax is not required upon my disposition of a U. S. Real Property Interest, I, _____ [name of transferor], hereby certify the following:

1.  I am not a nonresident alien for purposes of U. S. income taxation;

2.  My U. S. Social Security Number is _____; and

3.  My home address is_____

_____.

(P.O. Box and mailing address may be provided in addition to, but not in lieu of, the home address.)

I understand that this certification may be disclosed to the Internal Revenue Service by the transferee and that any false statement I have made here could be punished by fine, imprisonment, or both.

Under penalties of perjury, I declare that I have examined this certification; and to the best of my knowledge and belief, it is true, correct and complete.

Signed: _____

Print Name: _____

Dated: _____

C:\law-docs\foreign\FIRPTA\Cert\masters\Individual.doc
Rev. 05/25/04

This document is being presented to this government agency pursuant to 18 U.S.C. § 4

# EXHIBIT  D

# Nationstar Mortgage LLC c/o NBS Default Services, LLC NON-BANK TRUSTEE - NOT APPROVED BY THE IRS/NON COMPLIANT WITH STATE REGISTRATION REQUIREMENTS

*Exhibit D*                    3

reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Nationstar Mortgage LLC
c/o NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
Attn: Foreclosure Dept.
Phone: 800-766-7751
Fax: 562-983-5379

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That NBS Default Services, LLC is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 08/29/2005, executed by DAVIDE PAIS, A SINGLE MAN, as Trustor(s), to secure certain obligations in favor of FIRST FRANKLIN A DIVISION OF NAT. CITY BANK OF IN, as beneficiary, recorded on 09/06/2005 as Document No.: 05 2137215, of Official Records in the Office of the Recorder of Los Angeles County, California describing land therein as: As more fully described on said Deed of Trust.

Included among these obligations is one Note(s) for the original sum of $464,000.00 that that beneficial interest under such Deed of Trust and the obligations secured thereby presently held by the beneficiary or its agent; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:
Installment of Principal and Interest which became due on 04/01/2009, plus impounds and/or advances together with late charges, and all subsequent installments of principal, interest, plus impounds and/or advances and late charges and any reoccurring obligation that become due, including trustee's fees and expenses.

That by reason therefore, the present beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to

Branch : TE,User :DMOG                                            Comment:                                                      Station Id :W853

RECORDING REQUESTED BY:
LPS Default Title & Closing
3220 El Camino Real
Irvine, CA 92602



01/08/2015

*201150022704*

WHEN RECORDED MAIL TO:
NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: 5069-028-011   TS No.: 9448-6001   TSG ORDER No.:140123237-CA-MAI

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST
## IMPORTANT NOTICE
NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

### 違約通知
注：本文件包含一个信息摘要

### 채무 불이행 통지서
참고사항: 본 첨부 문서에 정보 요약서가 있습니다

### AVISO DE INCUMPLIMIENTO
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO

### PABATID NG HINDI PAGKAKABAYAD
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP

### THÔNG BÁO VỀ VIỆC QUÁ HẠN TRẢ NỢ
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

(The above statement is made pursuant to CA Civil Code Section 2923.3(c)(1). The Summary will be provided to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(c)(2).)

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property.  No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $318,297.92 as of 01/06/2015, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and Deed of Trust or mortgage.  If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and Deed of Trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to

# No Results found for search of: "NATIONSTAR MORTGAGE LLC C/O NBS DEFAULT SERVICES, LLC"

FDCPA

Select a corporation name from the following list by clicking on the corporation name and additional information for the selected corporation will be displayed.

| | | | | |
|---|---|---|---|---|
| **No results found for the search string you entered.** | | | | |

( New Search )

# License Name Search

Searching our database of licensees can be accomplished in one of two ways.

If you are using the proper name of an individual ('John Public', for example), enter the last name first, followed by a space, and the first name, (as in 'Public John'). You may search by last name only or last name and first initial ('Public' or 'Public J', for example).

For other searches, such as aliases, type the name including spaces (as in 'Public Insurance Agency').

**Tip: The more specific your search criteria, the faster the data will be returned.**

Enter query criteria for License Status - Name Search

**License Name:** Nationstar Mortgage LLC c/o NBS Default    *FDCPA — Violation*

( Submit Query )  ( Reset Input )

Avoid Delays! Do you need to renew your license? Go to <u>FREE APPLICATION ONLINE RENEWAL SERVICE</u> to renew your license now!

<u>Need Help?</u>

Last Revised - October 29, 2014 06:59 AM
Copyright © California Department of Insurance

# Name Search Results

**Disclaimer**

The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

**Glossary of Terms**

No Records returned

( Search Again )

If no names appear, your search did not find any matches. Please return to the Name Search and try again.

Last Revised - October 29, 2014 06:59 AM
Copyright © California Department of Insurance

 

HOME    CONSUMERS    LICENSEES    EXAMINEES    DEVELOPERS

About CalBRE · Contact Us · Newsroom | Forms · Publications

# Public License Information

478

Please enter the Licensee's Name (Last Name, First Name), Company Name or License Identification Number.  Name Search Help

If you would like to search for a real estate broker or corporation by the main office or branch address, click here.

Licensee/Company Name: NATIONSTAR MORTGAGE LLC C/O NBS D

Mailing Address City (optional): LONG BEACH

OR

License ID:

(Find) (Clear)

Note: The "Mailing Address City" may differ from the licensee's main office and/or branch office city.

No matching public record was found for Licensee:
NATIONSTAR MORTGAGE LLC C/O NBS DEFAULT    → FDCPA Violation

If you have been solicited by or are involved in a transaction with an unlicensed person or company, please notify the Bureau of Real Estate immediately by submitting an online complaint

Select Language
Powered by Google

# No Results found for search of: "FIRST FRANKLIN, A DIVISION OF NATIONAL CITY BANK OF INDIANA"

Select a corporation name from the following list by clicking on the corporation name and additional information for the selected corporation will be displayed.

| Corporation Number | | | | |
|---|---|---|---|---|
| No results found for the search string you entered. | | | | |

( New Search )

About DRE   Contact Us   Newsroom   Forms   Publications

HOME   CONSUMERS   LICENSEES   EXAMINEES   DEVELOPERS

# Public License Information

478

Please enter the Licensee's Name (Last Name, First Name), Company Name or License Identification Number.  Name Search Help

If you would like to search for a real estate broker or corporation by the main office or branch address, click here

Licensee/Company Name:  FIRST FRANKLIN, A DIVISION OF NATION/

Mailing Address City (optional):

OR

License ID:

(Find)   (Clear)

Note: The "Mailing Address City" may differ from the licensee's main office and/or branch office city

No matching public record was found for Licensee:
FIRST FRANKLIN, A DIVISION OF NATIONAL C

If you have been solicited by or are involved in a transaction with an unlicensed person or company, please notify the Bureau of Real Estate immediately by submitting an online complaint.

Select Language

Powered by Google

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] ) | **DEFENDANTS** ( Check box if you are representing yourself [ ] ) |
| DAVIDE PAIS | NATIONSTAR MORTGAGE LLC c/o NBS DEFAULT SERVICES LLC ET AL |

| | |
|---|---|
| **(b) County of Residence of First Listed Plaintiff** _____ *(EXCEPT IN U.S. PLAINTIFF CASES)* | **County of Residence of First Listed Defendant** _____ *(IN U.S. PLAINTIFF CASES ONLY)* |
| **(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. DAVIDE PAIS 1520 SOUTH CARLOS AVE LA CA 90019 310 864 3855 | **Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in this State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [ ] No  [ ] **MONEY DEMANDED IN COMPLAINT:** $ 700000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
CODE OF CIVIL PROCEDURE 761.010

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | **TORTS** | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | [X] 190 Other Contract | [ ] 350 Motor Vehicle | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 355 Motor Vehicle Product Liability | [ ] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 360 Other Personal Injury | [ ] 441 Voting | **LABOR** | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 362 Personal Injury-Med Malpratice | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 365 Personal Injury-Product Liability | [ ] 443 Housing/ Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| | | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

| | |
|---|---|
| **FOR OFFICE USE ONLY:** Case Number: | CV15-03899 |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

**QUESTION A: Was this case removed from state court?**
☐ Yes ☒ No

If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there.

| STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|
| ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| ☐ Orange | Southern |
| ☐ Riverside or San Bernardino | Eastern |

**QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**
☐ Yes ☒ No

If "no," skip to Question C. If "yes," answer Question B.1, at right.

**B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?
*check one of the boxes to the right* →
☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
☒ NO. Continue to Question B.2.

**B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
*check one of the boxes to the right* →
☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**
☐ Yes ☒ No

If "no," skip to Question D. If "yes," answer Question C.1, at right.

**C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?
*check one of the boxes to the right* →
☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
☒ NO. Continue to Question C.2.

**C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
*check one of the boxes to the right* →
☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☒ | ☐ | ☒ |

**D.1. Is there at least one answer in Column A?**
☐ Yes ☒ No
If "yes," your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question E, below, and continue from there.
If "no," go to question D2 to the right. →

**D.2. Is there at least one answer in Column B?**
☐ Yes ☒ No
If "yes," your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question E, below.
If "no," your case will be assigned to the WESTERN DIVISION.
Enter "Western" in response to Question E, below. ↓

**QUESTION E: Initial Division?** | INITIAL DIVISION IN CACD
Enter the initial division determined by Question A, B, C, or D above: → WESTERN

**QUESTION F: Northern Counties?**
Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? ☐ Yes ☒ No

CV-71 (10/14) | CIVIL COVER SHEET | Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?                    ☑ NO        ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?        ☐ NO        ☑ YES

If yes, list case number(s):   RECEIVED  NOT FILED

Civil cases are related when they (check all that apply):

☐    A. Arise from the same or a closely related transaction, happening, or event;

☐    B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐    C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☑    A. Arise from the same or a closely related transaction, happening, or event;

☐    B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐    C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of
     labor if heard by different judges.

**X.  SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**  _____        DATE:  MAY-22-2015

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |