CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIDE PAIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONSTAR MORTGAGE LLC c/o NBS DEFAULT SERVICES, LLC; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | CASE NO. CV 15-03899 JFW-AJW<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed:　　May 22, 2015 |

　　　　On August 31, 2015, the Court issued a minute order (Dkt. No. 18) granting Defendant Nationstar Mortgage LLC's (erroneously sued as "Nationstar Mortgage LLC c/o NBS Default Services, LLC) ("Defendant") motion to dismiss Plaintiff's Complaint. In this Order, the Court granted Defendant's motion to dismiss, dismissed Plaintiff's Complaint without leave to amend, and dismissed the action with prejudice.

　　　　On or about September 8, 2015, Plaintiff filed a motion to set aside the Court's Order and to reinstate the action, with a hearing date set for October 19, 2015. Dkt. No. 20. Defendant filed an opposition to this motion on September 28, 2015 (Dkt. No. 25), and Plaintiff filed an untimely reply on October 13, 2015. Dkt.

1

JUDGMENT OF DISMISSAL

1 No. 26. On October 15, 2015, the Court found the matter to be appropriate for
2 decision without oral argument, and vacated the October 19, 2015 hearing. Dkt. No.
3 27. In that same order, the Court denied Plaintiff's motion to set aside the order
4 granting Defendant's motion to dismiss with prejudice. Accordingly, good cause
5 exists to enter judgment in this matter.

7 It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that:
8     Judgment shall be and hereby is entered against Plaintiff Davide Pais, and in
9 favor of Defendant Nationstar Mortgage LLC. Plaintiff's case is hereby dismissed
10 with prejudice, Plaintiff shall take nothing against Defendant, and each party shall
11 bear its own costs and fees.

13 **IT IS SO ORDERED.**

16 DATED: October 16, 2015

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE